AO 442 (Rev. 11/11) Arrest Warrant

11281314

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM3:13
RECEIVED MAY 20 '21

United States of America
v.
JOSE VICENTE YOSSA ROJAS

*Defendant*

) Case: 1:21-cr-00369
) Assigned to: Judge Walton, Reggie B.
) Assign Date: 5/20/2021
) Description: INDICTMENT (B)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JOSE VICENTE YOSSA ROJAS                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 963 - (Conspiracy to Distribute Five Kilograms or More of Cocaine for Importation into the United States)
21 U.S.C. § 959(a) and § 960(b)(1)(B)(ii) - (Unlawful Distribution of Five Kilograms or More of Cocaine for Importation into the United States)
18 U.S.C. § 2 - (Aiding and Abetting)
CRIMINAL FORFEITURE: 21 U.S.C. § 853(a), (p) and 970

Date:    05/20/2021

Robin M. Meriweather
2021.05.20 14:10:28 -04'00'

*Issuing officer's signature*

City and state:    WASHINGTON, DC                ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3·20·2023, and the person was arrested on *(date)* 3·24·2023
at *(city and state)* Washington DC.

Date: 3·24·2023

*Arresting officer's signature*

Alex Adkins DUSM
*Printed name and title*